# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**THADDEUS WALLS**                                                      **PLAINTIFFS**

V.                                                                   **NO. 4:21CV00010-JMV**

**EXPRESS GRAIN TERMINALS LLC**                                        **DEFENDANT**

## ORDER DISMISSING ACTION WITHOUT PREJUDICE BY REASON OF SETTLEMENT

The Court has been advised by counsel for the parties that this action has been settled. Therefore, it is not necessary that the action remain on the active docket. It is, therefore

**ORDERED:**

1. That the action is dismissed without prejudice.

2. That the Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

This 29th day of June, 2021.

                                             **/s/ Jane M. Virden**
                                             **U.S. MAGISTRATE JUDGE**